

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00654-CV

**IN RE AMERICAN MEDICAL HOME HEALTH SERVICES, LLC**, Hub City Home
Health, Inc. d/b/a American Medical Home Health Services, American Medical Home Health
Services San Antonio, LLC, American Medical Hospice Care, LLC, American Medical
Palliative Support, LLC, American Medical Programs, Inc., Magdalena Clemente, Gina Trevino,
Rene Estrada

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
           Beth Watkins, Justice
           Lori I. Valenzuela, Justice

Delivered and Filed: July 19, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On July 6, 2023, relators filed a petition for writ of mandamus. Relators also filed an

emergency motion to stay several discovery orders pending our final resolution of the petition for

writ of mandamus. After considering the petition, real parties in interests' response to the motion

---

[1] This proceeding arises out of Cause No. 2020-CI-09053, styled *Legacy Home Health Agency, Inc., Legacy Home Care Services, Inc. d/b/a All Seasons Home Care., and Restorative Health Services, LLC d/b/a Coastal Home Health Care v. American Medical Home Health Services, LLC, Hub City Home Health, Inc. d/b/a American Medical Home Health Services, American Medical Home Health Services San Antonio, LLC, American Medical Home Health Services Mathis, American Medical Hospice Care, LLC, American Medical Hospice Care San Antonio, LLC, American Medical Palliative Support, LLC, American Medical Hospice and Palliative Support Care, American Medical Programs, Inc., American Medical Private Care, LLC, American Medical Home Health Services-El Paso, American Medical Home Health Services-Hebbronville, American Medical Hospice Care Del Rio, LLC, Robert Dojonovic, Sylvia Hernandez, Magdalena (Maggie) Clemente, Rene Estrada, Gina Trevino, Nora Estrada and Liberty Home Care, LLC.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.

to stay, relators' reply in support of its motion to stay, and this record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied without prejudice. *See* TEX. R. APP. P. 52.8(a). Relators' amended emergency motion for stay is denied as moot.

PER CURIAM